```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
```

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )   MISC. NO. 3:07MC3360
                               )
DR. GARRY AUGUST,              )
COLUMBUS, GA,                  )
                               )
          Garnishee            )
                               )
LACYNTHIA RICHARDSON CANNON    )
                               )
          Defendant            )

### MOTION TO DISMISS GARNISHMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Writ of Garnishment issued in the above case against Dr. Garry August of Columbus, GA, garnishee, on the ground that the defendant's debt has been paid in full as reason for dismissal.

Respectfully submitted December 20, 2007.

```
                         LEURA G. CANARY
                         UNITED STATES ATTORNEY


                    BY:  /S/ R. Randolph Neeley
                         R. RANDOLPH NEELEY
                         Assistant United States Attorney
                         Bar Number: 9083-E56R
                         Attorney for Plaintiff
                         Post Office Box 197
                         Montgomery, AL 36101
                         Telephone:    (334) 223-7280
                         Facsimile:    (334) 223-7201
                         E-Mail:  rand.neeley@usdoj.gov
```

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I have served a copy of the foregoing Motion to Dismiss upon LaCynthia Richardson, defendant, and Dr. Garry August of Columbus, GA, garnishee, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 20th day of December, 2007

| | |
|---|---|
| Dr. Garry August<br>1519 Thirteenth Avenue<br>Columbus, GA 31901 | LaCynthia Richardson<br>770 Lee Road 454<br>Phenix City,  AL 36867-7242 |

Behar, Reid, Brown & Melton
4 Bradley Park Court
Suite 120
Columbus, GA 31904


                                /S/ R. Randolph Neeley
                                ASSISTANT U.S. ATTORNEY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC. NO. 3:07MC3360 |
| DR. GARRY AUGUST , COLUMBUS, GA, | ) |
| Garnishee | ) |
| LACYNTHIA RICHARDSON CANNON, | ) |
| Defendant | ) |

### ORDER

The Motion of the United States to Dismiss Garnishment filed herein on May 4, 2007, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the garnishment heretofore issued to Dr. Garry August of Columbus, Georgia, be and the same is hereby dismissed.

DONE this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE