IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-MC-3360-WKW |
| ) | |
| DR. GARRY AUGUST, ) | |
| COLUMBUS, GA, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| and ) | |
| ) | |
| LACYNTHIA RICHARDSON CANNON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Motion to Dismiss Garnishment (Doc. # 5), it is ORDERED that the writ of garnishment is DISMISSED as the defendant's debt has been paid in full.

DONE this 2nd day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE